UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5296 CAS (AJWx) | Date | August 16, 2012 |
|---|---|---|---|
| Title | B. BENEDICT WATERS v. HOWARD SOMMERS TOWING, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   (IN CHAMBERS) - PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT RITA L. ROBINSON RE:THIRD CLAIM FOR RELIEF (filed 07/26/12)

PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE MATTERS CLAIMED PRIVILEGED IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT RITA L. ROBINSON RE: THIRD CLAIM FOR RELIEF (filed 07/26/12)

    The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of August 27, 2012, is hereby vacated, and the matter is hereby taken under submission.

    The Court has reviewed and considered the above-referenced motions. Plaintiff's Cross-Motion for Partial Summary Judgment Against Defendant Rita L. Robinson re: Third Claim for Relief and plaintiff's Motion in Limine to Exclude Matters Claimed Privileged in Support of Plaintiff's Cross Motion for Partial Summary Judgment Against Defendant Rita L. Robinson re: Third Claim for Relief are hereby denied, as they do not affect this Court's ruling dismissing defendant Rita L. Robinson on August 9, 2012.

    IT IS SO ORDERED.

00 : 00

Initials of Preparer   CMJ