UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5296 CAS (AJWx) | Date | September 28, 2012 |
|---|---|---|---|
| Title | B. BENEDICT WATERS V. HOWARD SOMMERS TOWING ET. AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers:)** PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS AGAINST DEFENDANT CIRO OCHOA RE THE TENTH CLAIM FOR RELIEF (Docket No. 161, filed August 13, 2012)

PLAINTIFF'S MOTION IN LIMINE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS AGAINST DEFENDANT CIRO OCHOA (Docket No. 164, filed August 13, 2012)

On August 13, 2012, plaintiff filed a motion for partial summary judgment on his tenth claim for relief, and a motion in limine in support of his motion for partial summary judgment. Defendant Ochoa filed an opposition on September 10, 2012. Further background facts are known to the parties and set out in the Court's August 9, 2012 order. Dkt. No. 150.

Local Rule 56-1 requires a party moving for partial summary judgment to lodge a proposed statement of uncontroverted facts and conclusions of law. L.R. 56-1. Plaintiff has not met this requirement, and the Court therefore DENIES WITHOUT PREJUDICE plaintiff's motion for partial summary judgment. Additionally, the Court DENIES WITHOUT PREJUDICE plaintiff's motion in limine as moot.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |