UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   'O'

| Case No. | 2:10-cv-05296-CAS(AJWx) | Date | August 13, 2014 |
|---|---|---|---|
| Title | B. BENEDICT WATERS V. HOWARD SOMMERS TOWING, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants

Not Present   Not Present

**Proceedings:** (In Chambers:) PLAINTIFF'S DECLARATION RE: NON-COOPERATION RE: STATUS CONFERENCE (Lodged July 28, 2014)

(In Chambers:) PLAINTIFF'S MOTION FOR CLARIFICATION OF VEXATIOUS LITIGANT DESIGNATION (Lodged July 28, 2014)

(In Chambers:) PLAINTIFF'S ONE PENNY SETTLEMENT OFFER (Lodged July 28, 2014)

(In Chambers:) PLAINTIFF'S STATUS CONFERENCE BRIEF RE: ESTOPPEL UNDER CALIFORNIA LAW (Lodged July 28, 2014)

## I.    INTRODUCTION

Plaintiff filed the instant action in this Court on July 19, 2010. Following motion practice that disposed of several of plaintiff's claims, the Court held a jury trial on plaintiff's remaining claims beginning on April 30, 2013. On May 7, 2013, the jury returned a special verdict. Dkt. #258. The jury found against plaintiff with respect to all of his remaining claims, with the exception of plaintiff's claim that Officer Ciro Ochoa of the Los Angeles Police Department unlawfully conducted a pat-down search of plaintiff after subjecting him to a traffic stop. Id. Regarding the latter claim, the jury was unable to reach a verdict. A new trial is scheduled to commence on that claim on September 9, 2014.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     'O'

| Case No. | 2:10-cv-05296-CAS(AJWx) | Date | August 13, 2014 |
|---|---|---|---|
| Title | B. BENEDICT WATERS V. HOWARD SOMMERS TOWING, INC., ET AL. | | |

On July 28, 2014, plaintiff B. Benedict Waters lodged the above-captioned documents with this Court. As plaintiff has been designated a vexatious litigant, he is not permitted to file pleadings without leave of Court. The Court addresses each of these filings in turn.

## II. PLAINTIFF'S DECLARATION RE: NON-COOPERATION RE: STATUS CONFERENCE

The Court finds that this document may be filed. The Court has considered the assertions set forth in this document. The parties need not take any further action with regard to same.

## III. PLAINTIFF'S MOTION FOR CLARIFICATION OF VEXATIOUS LITIGANT DESIGNATION

The Court finds that this document may be filed. Additionally, the Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of August 25, 2014, is vacated, and the matter is hereby taken under submission.

In this filing, plaintiff seeks clarification of this Court's April 25, 2011 order declaring plaintiff to be a vexatious litigant. See dkt. #81. Plaintiff contends that clarification is necessary in order to permit him to effectively prosecute an appeal of that order. The record on appeal consists of the original papers and exhibits filed in the district court, the transcript of proceedings, and a certified copy of the docket entries prepared by the district court clerk. Fed. R. App. P. 10(a); 9th Cir. R. 10-2. The Court declines to supplement this record with any additional materials.

Additionally, to the extent that plaintiff seeks through this motion to have this action transferred to another district judge, the Court concludes that the motion should be denied. Plaintiff previously filed a motion to disqualify the undersigned judge, and that motion was denied by order dated January 31, 2012. Dkt. #119. Plaintiff has not set forth a basis for moving to disqualify the undersigned judge for a second time.

Accordingly, the Court DENIES plaintiff's motion for clarification.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**    'O'

| Case No. | 2:10-cv-05296-CAS(AJWx) | Date | August 13, 2014 |
|---|---|---|---|
| Title | B. BENEDICT WATERS V. HOWARD SOMMERS TOWING, INC., ET AL. | | |

**IV.   PLAINTIFF'S STATUS CONFERENCE BRIEF**

The Court finds that this document may be filed.

In this document, plaintiff appears to seek reconsideration of the Court's March 4, 2014 order, see dkt. #280, denying plaintiff's motion in limine re: estoppel in privity, see dkt. #274. Plaintiff's July 21, 2014 filing entitled "Objections to 2014 March 04 Civil Minutes" also seeks reconsideration of the Court's March 4, 2014 order. Thus, to the extent that this motion seeks the same relief as plaintiff's July 21, 2014 filing, the Court finds that it should be DENIED because it is a successive motion for reconsideration.

This filing also appears to seek the admission at trial of certain evidence of racial animus on the part of defendant Ciro Ochoa. To the extent that plaintiff is seeking the admission of certain evidence at trial, the Court DENIES this motion without prejudice to being renewed at trial.

**V.   PLAINTIFF'S ONE PENNY SETTLEMENT OFFER**

The assertions contained in this document are difficult to comprehend. Nonetheless, it is apparent this document pertains to the contents of settlement negotiations, and therefore should not be filed. However, the parties should advise the courtroom deputy if they believe that this matter should be referred to mediation. Moreover, to the extent that plaintiff intends for this document to be an offer of judgment pursuant to Federal Rule of Civil Procedure 68, the Court finds that such an offer is impermissible because plaintiff is not "defending against [any] claim[s]." See Fed. R. Civ. P. 14(a).

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |