REDACTED FOR PUBLIC VIEW

FILED
CLERK, U.S. DISTRICT COURT
SEP 16 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| B. BENEDICT WATERS,<br><br>              Plaintiff,<br><br>vs.<br><br>HOWARD SOMMERS TOWING, INC.; ET AL.,<br><br>              Defendant. | Case No. CV 10-5296-CAS(AJWx)<br><br>VERDICT |

QUESTION NO. 1

    Do you find by a preponderance of the evidence that Officer Ochoa executed a pat down search of plaintiff's person?

    Yes ___ No ✓


    If you answered Question No. 1 "No," please proceed to Question No. 4. If you answered Question No. 1 "Yes," please proceed to Question No. 2.

QUESTION NO. 2

Do you find by a preponderance of the evidence that Officer Ochoa violated plaintiff's Fourth Amendment civil rights by executing a pat down search of plaintiff's person?

Yes ___ No ___

If you answered Question No. 2 "Yes," please proceed to Question No. 3.  If you answered Question No. 2 "No," please proceed to Question No. 4.

QUESTION NO. 3

If you find that Officer Ochoa violated the plaintiff's civil rights when he conducted a pat down search of plaintiff, was the conduct malicious, oppressive, or in reckless disregard of plaintiff's constitutional rights?

Yes ___ No ___

QUESTION NO. 4

Do you find by a preponderance of the evidence that Officer Ochoa searched plaintiff's pockets?

Yes ___ No ✓

If you answered Question No. 4 "No," please do not answer the remaining questions and sign and date the verdict form. If you answered Question No. 4 "Yes," please proceed to Question No. 5.

QUESTION NO. 5

If you answered Question No. 4 "Yes," was that conduct malicious, oppressive, or in reckless disregard of plaintiff's constitution rights?

Yes __ No __

If you answered Question Nos. 2 or 4 "Yes," please proceed to Question No. 6. If you answered Question Nos. 2 and 4 "No," please do not answer the remaining question and sign and date the verdict form.

QUESTION NO. 6

What is the amount of damages, if any, that plaintiff incurred as a result of defendant's conduct?

Damages: $ _____

Dated 9/16/2014

FOREPERSON OF THE JURY
UNITED STATES DISTRICT JUDGE